CHRISTOPHER M. KELLER, ESQ.
PYATT SILVESTRI & HANLON
701 Bridger Ave., Suite 600
Las Vegas, Nevada 89101
(702) 383-6000

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEVADA

| | | |
|---|---|---|
| NESTOR B. FERNANDEZ, individually | ) | CASE NO. 2:10-cv-01567-RLH-RJJ |
| vs. | ) | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, DOES I-X and ROE CORPORATIONS I - X, inclusive | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER**
**FOR DISMISSAL WITH PREJUDICE**
**No Hearing Date**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel of record, that is, ADAM D. SMITH, ESQ., c/o GLEN J. LERNER & ASSOCIATES, on behalf of Plaintiff, NESTOR B. FERNANDEZ; and CHRISTOPHER M. KELLER, ESQ., of the law firm of PYATT SILVESTRI & HANLON, on behalf of Defendant, ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, that Plaintiff's Complaint be dismissed with prejudice, each party to bear their own costs.

. . .

. . .

. . .

. . .

. . .

PYATT SILVESTRI & HANLON
A PROFESSIONAL LAW CORPORATION
701 BRIDGER AVENUE  SUITE 600
LAS VEGAS, NEVADA 89101-5557
PHONE (702) 383-6000  FAX (702) 477-0088

1    DATED this ___ day of April, 2011.
                              May

2
     PYATT SILVESTRI & HANLON                    GLEN J. LERNER & ASSOCIATES
3

4                                                                      for

5    _____            _____
     CHRISTOPHER M. KELLER, ESQ.                 ADAM D. SMITH, ESQ.
6    701 Bridger Avenue, Suite 600               4795 S. Durango Drive
     Las Vegas, Nevada 89101                     Las Vegas, Nevada  89147
     Attorneys for Defendant                     Attorneys for Plaintiff
7

8

9                              **O R D E R**

10           IT IS SO ORDERED this 7th day of _____June_____, 2011 that Plaintiff's

11   Complaint be dismissed with prejudice, each party to bear their own costs.

12

13                                        _____
                                          U.S. DISTRICT          JUDGE
14

15   Submitted By:

16   PYATT SILVESTRI & HANLON

17

18   _____
     CHRISTOPHER M. KELLER, ESQ.
19   701 Bridger Avenue, Suite 600
     Las Vegas, Nevada 89101
20   Attorney for Defendant ALLSTATE

21

22

23

24

25

26

27   Nestor B. Fernandez  vs. Allstate Fire and Casualty Insurance Company
     CASE NO. 2:10-cv-01567-RLH-RJJ
28   Stipulation and Order for Dismissal with Prejudice

PYATT SILVESTRI & HANLON
A PROFESSIONAL LAW CORPORATION
701 BRIDGER AVENUE  SUITE 600
LAS VEGAS, NEVADA  89101-5557
PHONE (702) 383-6000  FAX (702) 477-0088